UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 15, 2023

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| v. | : | **MAGISTRATE NO.   24-MJ-130** |
| **MARVIN BENJAMIN MARTIN,** | : | **VIOLATIONS:**<br>21 U.S.C. § 846 |
| Defendant. | : | (Attempted Possession with Intent to Distribute N,N-dimethylpentylone) |
| | : | **FORFEITURE:**<br>21 U.S.C. § 853(a) and (p) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about March 7, 2024, within the District of Columbia and elsewhere, **MARVIN BENJAMIN MARTIN**, did unlawfully, knowingly and intentionally attempt to possess with intent to distribute a mixture and substance containing a detectable amount of N,N-dimethylpentylone, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

**(Attempted Possession with Intent to Distribute N,N-dimethylpentylone,** in violation of Title 21, United States Code, Section 846)

### FORFEITURE ALLEGATION

1.      Upon conviction of the offenses alleged in Count One of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of this offense.  The United States will also seek

forfeiture money judgment against the defendant equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of these offenses.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p).

(**Criminal Forfeiture**, pursuant to Title 21, United States Code, Sections 853(a) and (p))

A TRUE BILL:

FOREPERSON.

*Matthew M. Graves/CCW*
Attorney of the United States in
and for the District of Columbia.